# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00554-CV

**In re Anselon Harrington**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Anselon Harrington has filed a petition for writ of mandamus challenging the trial court's order abating his suit against the real parties in interest and compelling arbitration of his claims. *See* Tex. R. App. P. 52.8. Having reviewed relator's filings, the response, and the record provided, we deny relator's petition for mandamus relief. *See id.* R. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Filed: October 17, 2014